UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01954-JAD-NJK<br><br>**REPORT AND RECOMMENDATION** |

    Plaintiff brings this case *pro se* and seeks to proceed *in forma pauperis*. Docket No. 1. Plaintiff also submitted a complaint. Docket No. 1-1. On April 14, 2017, United States District Judge Gloria M. Navarro deemed Plaintiff a vexatious litigant under 28 U.S.C. § 1651(a). *See Bahrampour v. United States of America, et al.,* Case No. 2:16-cv-00985-GMN-VCF, 2017 WL 1375173 (D. Nev. Apr. 14, 2017) (adopting report and recommendation to deem Plaintiff a vexatious litigant); *see also Bahrampour v. United States of America, et al.,* Case No. 2:16-cv-00985-GMN-VCF, 2016 WL 11185590 (D. Nev. June 5, 2016) (report and recommendation).

    Judge Navarro's order bars Plaintiff from filing any complaint, petition, or other document without first obtaining leave of the Chief District Judge by filing an application seeking leave to file. *Bahrampour*, 2017 WL 135173, at *2. Further, her order requires the application to be supported by a declaration that the matters have never been previously considered, are not frivolous or made in bad faith, and have been reasonably investigated prior to the application being filed. *Id.* Finally, the order requires Plaintiff to attach a copy of the vexatious litigant order to any applications. *Id.*

On October 25, 2021, Plaintiff filed the instant action. Docket No. 1. In filing this action, Plaintiff failed to comply with Judge Navarro's order. Specially, he filed the action without the Chief District Judge's permission, he failed to file the action as an application for approval, and he failed to include a copy of the vexatious litigant order or the required declaration. *See* Docket.

Accordingly, for the reasons stated above, the undersigned **RECOMMENDS** that Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, be **DENIED**, and that this case be **DISMISSED** for failure to comply with Judge Navarro's prefiling order.

Dated: November 1, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).