**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Afshin Bahrampour,

Plaintiff

v.

National Security Agency, et al.,

Defendants

Case No.: 2:21-cv-1954-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 3, 4]

Plaintiff Afshin Bahrampour was deemed by United States District Judge Gloria M. Navarro as a vexatious litigant in 2017 and is thus prohibited from filing a new action without first obtaining leave from the Chief District Judge to file the new case.[1] Because Bahrampour did not obtain leave before filing this new case, on November 1, 2021, the magistrate judge entered a report and recommendation for this court to dismiss this case. Bahrampour objects. He explains that he did file a motion for leave before Judge Navarro in the case in which he was declared a vexatious litigant, but nothing ever came of it.[2] Although Bahrampour did, in fact,

---

[1] *See* ECF No. 56 in Case No. 2:16-cv-985-GMN-VCF. The order states:

> that Plaintiff Afshin Bahrampour is a vexatious litigant pursuant to 28 U.S.C. § 1651(a), and is ENJOINED and PROHIBITED from filing any complaint, petition, or other document in this Court without first obtaining leave of this Court. Accordingly, if Plaintiff intends to file any papers with the Court, he must first seek leave of the Chief District Judge by filing an application bearing the caption "Application Seeking Leave to File." The application must be supported by a declaration of Plaintiff stating: (1) that the matters asserted in the new complaint or papers have never been raised and disposed of on the merits by any court; (2) that the claim or claims are not frivolous or made in bad faith; and (3) that he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims.

[2] ECF No. 4.

file a request for leave in that 2016 case,³ it has never been ruled on, and Judge Navarro is no longer the Chief District Judge, so the motion should not have been filed in Judge Navarro's long-since closed matter. Moreover, the vexatious-litigant order does not require Bahrampour merely to file a motion for leave before he can file a new action; he must first obtain that order granting such leave. And because Bahrampour does not currently have an order granting leave to file the instant action,

IT IS THEREFORE ORDERED that the Report & Recommendation of dismissal **[ECF No. 3] is ADOPTED** in its entirety. This action is DISMISSED without prejudice to the plaintiff's ability to refile it if and when he first obtains leave of court. Plaintiff's motion to extend time to comply with the vexatious-litigant order **[ECF No. 4] is DENIED** because the requirement to obtain leave from the Chief District Judge is a prefiling requirement.

The Clerk of Court is directed to **SEND** plaintiff a copy of his motion for leave (ECF No. 56 in Case No. 2:16-cv-985-GMN-VCF) and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021

---

³ *See* ECF No. 71 in in Case No. 2:16-cv-985-GMN-VCF.